# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ROBERT BALLOU, <br> and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AIR METHODS CORPORATION and <br> ROCKY MOUNTAIN HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 2:20-cv-00077-CR |

## NOTICE OF SETTLEMENT

The Parties hereby notify the Court that they have reached a settlement and are in the process of finalizing necessary documents. The Parties will file a Notice of Voluntary Dismissal With Prejudice once the settlement documents are finalized.

Dated March 7, 2022.

Respectfully submitted,

s/ Matthew J. Smith
Matthew J. Smith (*pro hac vice*)
Jessica J. Smith (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8000
jjsmith@hollandhart.com
mjsmith@hollandhart.com

s/ Walter E. Judge, Jr.
Walter E. Judge Jr.
DOWNS RACHLIN MARTIN PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402
Phone: (802) 863-2375
Fax: (802) 862-7512
wjudge@drm.com

**ATTORNEYS FOR DEFENDANTS**

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter listed below.

Stephen J. Soule, Esq.
ssoule@pfclaw.com
**ATTORNEYS FOR PLAINTIFF**

Edward L. White, Esq.
ed@edwhitelaw.com
**ATTORNEYS FOR PLAINTIFF**

*s/ Walter E. Judge Jr.*
Walter E. Judge Jr.

18352550_v1